UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

FILED
MAY 31 2011
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

| | |
|---|---|
| Mubaraq Tope Akere, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 11 1015 |
| Barack H. Obama *et al.*, | ) |
| Defendants. | ) |

MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 129 S.Ct. 1937, 1950 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, a resident of the Czech Republic, sues President Barack Obama, the United States Senate, the United States House of Representatives, Attorney General Eric H. Holder, Jr., Secretary of Defense Robert M. Gates, Secretary of Homeland Security Janet Napolitano, Secretary of State Hillary Rodham Clinton and U.S. Representative to the United Nations Susan E. Rice. In a 95-page document, plaintiff essentially raises political questions about U.S. foreign policy that are "exclud[ed] from judicial review . . . ." *El-Shifa Pharm. Indus. Co. v. U.S.*, 607 F.3d 836, 840 (D.C. Cir. 2010) (quoting *Japan Whaling Ass'n v. Am. Cetacean Soc'y*, 478 U.S. 221, 230 (1986)). The complaint neither establishes a basis for federal court jurisdiction nor provides any notice of a claim. A separate order of dismissal accompanies this Memorandum Opinion.

/s/ Ellen S. Huvelle
United States District Judge

Date: May 25, 2011